*Presentation to*





"PRELIMINARY REPORT"

## Incident Information

### *for*

## Loss Occurring in Forestville, Maryland

_____

## July 11, 2009



# Presentation To



"PRELIMINARY REPORT"

# Incident Information For Loss Occurring in Forestville, MD July 11, 2009



**Presented by:  Richard K. Booth, PE**

# Who

- Division Manager: Larry Young (Not present)
- Project Manager: Sam Mudd (Not present)
- General Foreman: Terry Weber
- Foreman: Jason Hand
- L/2C: Kyle Neilson
- L/3C: Dustin Twenter
- L/2C: Seneca "Nick" Eldredge (Deceased)

Copyrighted July 2009

# Employee Experience

- General Foreman:  Terry Weber - 30 years

- Foreman:  Jason Hand – 4 years

- L/2C Kyle Neilson – 3 years

- L/3C Dustin Twenter - 1 year

- L/2C Seneca "Nick" Eldredge - 4 years

Copyrighted July 2009

# THE PLAN

- Terry & Jason decided on a Plan

- The second tower would be completed like the 1st

Copyrighted July 2009

# THE PLAN (continued)

- Two (2) men climb tower

- Two (2) men remain on ground

Copyrighted July 2009

# THE PLAN (continued)

Men on tower:

- Install Hand Line & Block
- Install Insulator Block
- Apply Tension to Hoist System
- Un-pin Yoke Plate/Insulators

Copyrighted July 2009

# THE PLAN (continued)

Men on ground:

- Lower Insulator w/Pulley & Vehicle
- Use Hoist to release & apply tension
- Insulator/Corona Rings changed-out
- Insulators raised up w/Pulley & Vehicle

Copyrighted July 2009

# THE PLAN (continued)

Men on tower:

- Pin Insulators in place
- Remove Blocks
- Return to ground

Copyrighted July 2009

# Executing the Plan

- Dustin & Nick are to Climb Tower

- Jason & Kyle stay on ground

- Terry goes to Oak Grove Substation (returns later)

Copyrighted July 2009

# Executing the Plan (continued)

- Dustin & Nick Climb Tower 719W

- Attach "hand-line" to middle-arm strut

- Attach 8-ton "Block" & "Samson rope" to middle arm

- See Sketch No. 1

Copyrighted July 2009

# Executing the Plan (continued)

- Jason & Kyle attach 6-ton hoist
- Tension is applied to conductors
- Insulators are no longer in tension
- Insulators/corona rings "swapped-out"
- See Sketch No. 3

Copyrighted July 2009



SKETCH No.3
NTS

WIRE GRIP

SAMSON ROPE

YOKE PLATE

6 TON HOIST

INSULATOR

CORONA RING

-RKB-

Copyrighted July 2009

# The Plan Changes

- Jason & Kyle attempt to release hoist
- Hoist is jammed
- Jason uses 2 spare blocks to remove hoist
- Tension applied with 2nd truck winch
- 6-ton hoist is removed

Copyrighted July 2009

# Original Plan Continues

- Kyle mans the bucket truck
- Tension is applied to Samson rope
- Insulators/Corona rings are raised upward
- Yoke plate stops 6 inches shy of clevis

Copyrighted July 2009

# Original Plan Continues

- Truck is directed "up-hill"
- Tires lose traction
- Wheels begin to spin
- See Photographs

Copyrighted July 2009

# The Plan Changes (continued)

- Jason decides additional "tension" is needed
- Additional pull will raise wire final 6"
- Decides to use a 2nd set of blocks

Copyrighted July 2009

# The Plan Changes (continued)

- 2nd set of blocks added to lift system

- Same blocks used to release hoist

- 2nd rope attached to Samson rope via wire grip

- 2nd rope then attached to truck winch

- See Sketch No. 4

Copyrighted July 2009



LATTICE ARM - MIDDLE PHASE

STEEL CHOKER CABLES

8-TON BLOCK

BOTTOM PHASE

SAMSON ROPE

WIRE GRIP

BLOCK

BLOCK

TOWER LEG

BUCKET TRUCK NO.1
PINTLE HITCH

BUCKET TRUCK NO.2
WINCH

TOWER LEG

BLOCK

INSULATOR

CORONA RING

SKETCH No.4
NTS

-RKB-

56



Copyrighted July 2009

# The Plan Changes (continued)

- Kyle operates 1st bucket truck (Pintle)
- Jason operates 2nd bucket truck (Winch)
- Dustin stands on bottom arm near tower
- Nick sits on bottom arm
- Terry is observing

Copyrighted July 2009

# The Plan Changes (continued)

- Nick is sitting on arm

- His torso is over the arm strut

- He awaits movement of the yoke plate

- Dustin is standing on arm at tower

Copyrighted July 2009

# The Accident Happens

- Dustin sees a shadow above him
- Without a sound, the upper arm moves downward
- Steel chokers holding insulator block pin Nick
- Nick is crushed and killed instantly

Copyrighted July 2009